IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STEVE TARVER and <br> JANNA TARVER, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALLSTATE TEXAS LLOYD'S, <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 1:19-CV-0586-MJT |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration. On February 18, 2022, Magistrate Judge Stetson issued a Report and Recommendation in which she recommended that the Defendant's Motion for Enforcement of Protective Order and Motion for Protection be denied in part and granted in part, and that Plaintiffs' Motion to Unseal Record be granted as an operation of the Court as to Dkt. #45, Exhibits A, C, D, E, F, and denied as to Exhibit B. Magistrate Judge Stetson also recommended that an order be issued permanently sealing Exhibit B to Dkt. #45 and sealing the Second Amended Complaint containing the references to H1007 and H507 filed in *Nava v. Allstate,* civil action no. 1:20-cv-415. Finally, Magistrate Judge Stetson recommended that Plaintiffs' counsel be ordered to destroy all copies of H1007 and H507 in his *Tarver* file and certify to Defendant that he has done so within 21 days of the entry of this order. [Dkt. 71].

The Court has received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings, and all available evidence. To date, the parties have not filed objections to the report.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.

It is therefore, **ORDERED** that **Exhibit A**, **Exhibit C**, **Exhibit D**, **Exhibit E**, and **Exhibit F** to *Plaintiffs' Sealed Motion for Sanctions* [Dkt #45] be unsealed.

The Clerk of Court is accordingly directed to remove those documents from sealing.

It is further **ORDERED** that **Exhibit B** to *Plaintiffs' Sealed Motion for Sanctions* [Dkt #45] be permanently sealed.

The Clerk of Court is accordingly directed to permanently place those documents under seal.

It is further **ORDERED** that Plaintiffs' counsel, Danny Ray Scott, destroy all copies of H1007 and H507 obtained from Defendant in this litigation and certify to Defendant that he has done so within 21 days of entry of this order.

It is so ORDERED.

**SIGNED this 7th day of March, 2022.**

Michael J. Truncale
United States District Judge